UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

<u>Eugene Okechukwu Agina #A29296454</u>
      Petitioner

    V.

<u>Michael Chertoff, Secretary of Homeland Security;</u>
<u>Bruce Chadbourne, Interim Field Office Director for Detention and Removal Boston</u>
<u>Field Office Bureau of Immigration and Customs Enforcement;</u>
<u>The Bureau of Immigration and Customs Enforcement;</u>
<u>and Andrea J. Cabral Warden of Suffolk County House of Correction</u>
      Respondent

CIVIL ACTION

NO. <u>1:05-CV-11234 NMG</u>

## O R D E R

Pursuant to Rule 4(b) of the Rules Governing Section 2241 cases, the Clerk of this Court is hereby ordered to serve a copy of the Petition upon the office of the United States Attorney General and the United States Attorney.

It is further ordered that the Respondent shall, within 60 days of receipt of this Order, file an answer or other responsive pleading.

  <u>6/16/2005</u>
     Date

                   <u>/s/ Nathaniel M. Gorton</u>
                   United States District Judge

(2241servINS.wpd - 09/00)                                       [2241serv.]