united states district court
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| AGINA, EUGENE ) | |
| ) | |
| ) | CIVIL NO. 105-CV-11234 NMG |
| v. ) | |
| ) | |
| CHERTOFF, ET AL ) | MOTION FOR THE APPOINTMENT OF COUNSEL |
| ) | |
| ) | |

Now comes Petitioner, Eugene Agina who moves this court to appoint him counsel pursuant to Federal Rules of Civil Procedures § 3006.

In support of his motion Petitioner states the follows:

1. That he is indigent and cannot afford to retain services of an attorney.
2. That the person who helped/assisted him to draft his recently submitted petition of habeas corpus was a "jail house lawyer" who was later transferred to another jail.
3. That he has limited knowledge of law, and hence no formal training in the legal field.
4. That he is presently incarcerated at Suffolk County H.O.C without any resources or access to a law library.
5. That due to lack of the aforementioned resources, it will be extremely difficult for him to prevail without the assistance of counsel.
6. That his case demands a matter of law concerning a very serious constitutional violation issues and without the assistance of counsel, Petitioner will be prejudiced.

Signed under the pains and penalties of perjury.

Respectfully Submitted,

/_____

Eugene Agina, Pro Se

## certificate of service

I, Eugene Agina, hereby certify that on July 26th, 2005 I served a copy of <u>Motion for appointment of counsel</u> to:

>Frank Crowley
>Special Assistant U.S Attorney
>Department of Homeland Security
>P.O. Box 8728
>J.F.K Station
>Boston, MA, 02114

by placing a copy in the mail at the detention center wher I am being detained.