UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

Eugene Okechuku Agina,
              Plaintiff

V.

Michael Chertoff, et al.,
              Defendant

CIVIL ACTION

NO.  05-11234

## ORDER OF DISMISSAL

Gorton,  D. J.

In accordance with the Court's allowance of the defendant's motion to dismiss on   9/12/05  , it is hereby ORDERED that the above-entitled action be and hereby is dismissed.

                                                      By the Court,

9/12/05                                                /s/ Craig J. Nicewicz
Date                                                        Deputy Clerk

(Dismendo.ord - 09/92)                                                                           [odism.]